IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF OBX 2023-NQM1 TRUST Plaintiff, | § § § § § § § § § § § § | C.A. NO. 4:25-cv-6260 |
| v. | | |
| SAVE A LIFE HOMES, LLC Defendant. | | |

## PLAINTIFF'S ADVISORY TO THE COURT REGARDING COMPLIANCE WITH ORDER FOR CONFERENCE AND FILING OF JOINT DISCOVERY/CASE MANAGEMENT PLAN

Plaintiff, Wilmington Savings Fund Society, FSB, Not In Its Individual Capacity But Solely as Owner Trustee of OBX 2023-NQM1 Trust ("**Plaintiff**" or "**Trustee**") advisory to the Court regarding its inability to comply with the Court's deadline to confer and file a joint discovery/case management plan.

1.      On December 25, 2025, this Court entered an Order for Conference and Disclosure of Interested Parties.[1]  The Court's Order stated that March 17, 2026 is the deadline for the Parties to Confer and File a Joint Discovery/Case Management Plan.[2]

2.      On January 21, 2026, Plaintiff filed its Request for Entry of Clerk's Default Against Defendant, Save A Life Homes, LLC ("**Defendant**").[3]

3.      On January 27, 2026, the Deputy Clerk filed the Entry of Default.[4]

4.      On February 2, 2026, Plaintiff filed its Motion for Entry of Default Judgment.[5]

5.      Defendant has not made and appearance in this lawsuit and the Motion for Entry of

---

[1]      See Dkt. 05.
[2]      See Dkt. 05.
[3]      See Dkt. 08.
[4]      See Dkt. 09.
[5]      See Dkt. 10.
4921-5404-1752, v. 1

Default Judgment is currently pending.  Therefore, Plaintiff advises the Court that it respectfully is unable to comply with the Court's Order to confer and file a joint discovery/case management plan per the Court Order for Conference and Disclosure of Interested Parties.[6]

6.    Plaintiff will submit a proposed unilateral Discovery/Case Management Plan if the Court prefers.

Respectfully submitted,

By: /s/ Eric C. Mettenbrink
     Michael F. Hord Jr.
     State Bar No. 00784294
     Federal I.D. No. 16035
     Eric C. Mettenbrink
     State Bar No. 24043819
     Federal I.D. No. 569887
     HIRSCH & WESTHEIMER, P.C.
     1415 Louisiana, 36th Floor
     Houston, Texas 77002-2772
     713-220-9141 Tel / 713-223-9319 Facsimile
     Email: mhord@hirschwest.com
     Email: emettenbrink@hirschwest.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March, 2026, a true and correct copy of the foregoing and/or attached was served on each attorney of record or party in accordance with **Federal Rule of Civil Procedure 5(b)**.

/s/ Eric C. Mettenbrink
Eric C. Mettenbrink

---

[6]    See Dkt. 05.

2

4921-5404-1752, v. 1