United States District Court
Southern District of Texas

**ENTERED**

June 11, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF OBX 2023-NQM1 TRUST Plaintiff, | § § § § § § | |
| v. | § § § | C.A. NO. 4:25-cv-6260 |
| SAVE A LIFE HOMES, LLC Defendant. | § § § | |

## FINAL DEFAULT JUDGMENT

On this date came on to be considered, Plaintiff, Wilmington Savings Fund Society, FSB, Not In Its Individual Capacity But Solely as Owner Trustee of OBX 2023-NQM1 Trust ("**Plaintiff**" or "**Trustee**") Motion for Default Judgment ("**Motion**"). Having considered Plaintiff's Motion and the pleadings, Court's record, and evidence on file, the Court finds that the Motion is well taken and should be **GRANTED**.

The Court Clerk entered default on January 28, 2026 (Dkt. No. 08).

The Court finds that Defendant, Save A Life Homes, LLC ("**Defendant**") was served in accordance with applicable and failed to Answer or otherwise appear. It is therefore:

**ORDERED ADJUDGED AND DECREED** that Plaintiff is awarded a judgment as follows:

Plaintiff obtained title after it purchased property commonly described by its physical addresses of 866 Myrtlea Ln, Houston, Texas 77079 as more particularly described as:

**LOT TEN (10), IN BLOCK FIVE (5), OF MEMORIAL VALLEY, A SUBDIVISION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN VOLUME 69, PAGE 1, OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.**

4915-6647-2076, v. 1

(referred to herein as the "**Property**") at the foreclosure sale that took place on July 1, 2025.

Plaintiff conducted the foreclosure sale regarding the Property, purchased the Property as the highest bidder and recorded the Substitute Trustee's Deed in the real property records of Harris County as RP-2025-332946.

Further, the Substitute Trustee's Deed provides clear and superior title to Plaintiff over any purported liens or other encumbrances filed or recorded by Defendant, including but not limited to Defendant's document entitled "Warranty Deed" filed in the real property records of Harris County, Texas under Document No. RP-2025-433796 and Defendant's document entitled "Affidavit of Adverse Possession" filed in the real property records of Harris County, Texas under Document No. RP-2025-439591 and any future liens or documents filed or recorded by Defendant impacting title to the Property.

Further, the foreclosure of Plaintiff's lien wiped out any claimed interest of Defendant to title to the Property if any.

Further, Plaintiff is the record owner of the Property and entitled to possession of the Property.

All relief not expressly granted herein by and between Plaintiff and Defendant is denied. This judgment finally disposes of all claims by and between Plaintiff and Defendant and is appealable.

SIGNED this 11th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE